## Commonwealth ex rel. Knapp, Appellant, *v.* Knapp.

Argued December 12, 1969. *Lloyd A. Good, Jr.,* for appellant; *Paul J. Downey,* for appellee.

Order affirmed.

WATKINS, J., absent.